### In re DOWNHOLE PRODUCTS, LTD., Appellant.

No. 2014–1512.

United States Court of Appeals, Federal Circuit.

March 6, 2015.

Adam Conrad, King & Spalding LLP, Charlotte, NC, argued for appellant. Also represented by Anup M. Shah; Daryl Joseffer, Washington, DC.

Farheena Yasmeen Rasheed, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by Nathan K. Kelley, William Lamarca, Thomas W. Krause.

DYK, SCHALL, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**